IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP TOLER,

    Plaintiff,

v.                                  Case No.  3:09cv523/MCR/CJK

CHARLES HALLEY, et al.,

    Defendants.
_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 12, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The defendants' motion to dismiss (doc. 58) is **GRANTED**.

3.    This cause is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to exhaust available administrative remedies.

4.    The clerk is directed to close the file.

**DONE AND ORDERED** this 20th day of February, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**